OPINION
Ken Wise, Justice
This is- an' appeal from a judgment signed December 12, 2014. The clerk’s record was filed February 9,. 2016.. The reporter’s record was filed February 10, 2015. Appellant filed a brief that failed to substantially comply with Rule 38 of. the Texas Rules of Appellate Procedure. See Tex. R.,App. P. 38.1(a), (c), (f), and (i). On September 1, 2015, appellant was ordered to file an amended .¡brief within thirty days or the appeal would be dismissed for want of prosecution. See Tex. R. App. P. 38.9 and 42.3(b).
On September 29, 2015, appellant filed a motion for extension of time to file *458 his amended brief. The motion fails to state the length of the extension sought or any facts relied upon to explain- the need for an extension. See Tex. R. App. P. 10.5(b)(1)(B) and (C). Accordingly, appellants motion is denied and the appeal is ordered dismissed. .
(McCally, J., dissenting)